AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KIMBERLY WALLACE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:20-cv-305

PUBLIX SUPER MARKETS, INC.,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated October 25, 2022, Defendant Publix Super Markets, Inc.'s Motion for Summary Judgment is granted. Judgment is entered in favor of the Defendant, and this case stands closed.

Approved by: _____

October 31, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020